AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

Essex Insurance Company

*Plaintiff(s)*

v.

GENE JONES; LAKISHA HORNE; L.S. HORNE INVESTMENT III, LLC d/b/a OBSESSIONS; KATHERINE PATRICIA WILSON, as surviving spouse of ROBERT SHANE WILSON, deceased; JAMES HANSON, as Administrator of the Estate of ROBERT SHANE WILSON, deceased; ENTERPRISE LEASING COMPANY OF GEORGIA, LLC; PONY TAIL, INC., d/b/a CLUB ONYX; GALARDI SOUTH ENTERPRISES CONSULTING, INC.; and WBY, INC. d/b/a FOLLIES.

*Defendant(s)*

Civil Action No. 1:13-cv-3819

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gene Jones
c/o DeKalb County Jail
4415 Memorial Drive
Decatur, GA 30032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kenan G. Loomis
Cozen O'Connor
SunTrust Plaza, Suite 2200
303 Peachtree Street, NE
Atlanta, Georgia 30308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JAMES N. HATTEN**
*CLERK OF COURT*

Date: NOV 19 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-cv-3819

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Gene Jones**

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Essex Insurance Company<br><br>*Plaintiff(s)*<br>v.<br>GENE JONES; LAKISHA HORNE; L.S. HORNE INVESTMENT III, LLC d/b/a OBSESSIONS; KATHERINE PATRICIA WILSON, as surviving spouse of ROBERT SHANE WILSON, deceased; JAMES HANSON, as Administrator of the Estate of ROBERT SHANE WILSON, deceased; ENTERPRISE LEASING COMPANY OF GEORGIA, LLC; PONY TAIL, INC., d/b/a CLUB ONYX; GALARDI SOUTH ENTERPRISES CONSULTING, INC.; and WBY, INC. d/b/a FOLLIES.<br>*Defendant(s)* | Civil Action No. 1:13-cv-3819 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lakisha Horne
1580 Oakpoint Drive SW
. Apartment 1
Marietta, Georgia  30008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kenan G. Loomis
Cozen O'Connor
SunTrust Plaza, Suite 2200
303 Peachtree Street, NE
Atlanta, Georgia  30308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JAMES N. HATTEN**
*CLERK OF COURT*

Date: NOV 19 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-cv-3819

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Lakisha Horne

was received by me on *(date)* _____ .

    ❐ I personally served the summons on the individual at *(place)* _____
    _____ on *(date)* _____ ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
    _____ , a person of suitable age and discretion who resides there,
    on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)* _____ , who is
    designated by law to accept service of process on behalf of *(name of organization)* _____
    _____ on *(date)* _____ ; or

    ❐ I returned the summons unexecuted because _____ ; or

    ❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

                                       *Server's signature*

                                       *Printed name and title*

                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Essex Insurance Company

*Plaintiff(s)*

v.

GENE JONES; LAKISHA HORNE; L.S. HORNE INVESTMENT III, LLC d/b/a OBSESSIONS; KATHERINE PATRICIA WILSON, as surviving spouse of ROBERT SHANE WILSON, deceased; JAMES HANSON, as Administrator of the Estate of ROBERT SHANE WILSON, deceased; ENTERPRISE LEASING COMPANY OF GEORGIA, LLC; PONY TAIL, INC., d/b/a CLUB ONYX; GALARDI SOUTH ENTERPRISES CONSULTING, INC.; and WBY, INC. d/b/a FOLLIES.

*Defendant(s)*

Civil Action No. 1:13-cv-3819

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  L.S. Horne Investment III, LLC
d/b/a Obsessions
1580 Oakpoint Drive SW
Apartment 1
Marietta, Georgia 30008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kenan G. Loomis
Cozen O'Connor
SunTrust Plaza, Suite 2200
303 Peachtree Street, NE
Atlanta, Georgia 30308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JAMES N. HATTEN**
*CLERK OF COURT*

Date: NOV 19 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-CV-3819

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* L.S. Horne Investment III, LLC d/b/a Obsessions
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

<table>
<tr><td>Essex Insurance Company<br><br>Plaintiff(s)<br><br>v.<br>GENE JONES; LAKISHA HORNE; L.S. HORNE INVESTMENT III, LLC d/b/a OBSESSIONS; KATHERINE PATRICIA WILSON, as surviving spouse of ROBERT SHANE WILSON, deceased; JAMES HANSON, as Administrator of the Estate of ROBERT SHANE WILSON, deceased; ENTERPRISE LEASING COMPANY OF GEORGIA, LLC; PONY TAIL, INC., d/b/a CLUB ONYX; GALARDI SOUTH ENTERPRISES CONSULTING, INC.; and WBY, INC. d/b/a FOLLIES.<br>Defendant(s)</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 1: 13 - c v - 3819</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Katherine Patricia Wilson
608 Sugar Valley Trail
Conyers, Georgia 30094

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kenan G. Loomis
Cozen O'Connor
SunTrust Plaza, Suite 2200
303 Peachtree Street, NE
Atlanta, Georgia 30308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JAMES N. HATTEN**
*CLERK OF COURT*

Date:   NOV 19 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. *1:13 - cv - 3819*

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Katherine Patricia Wilson
was received by me on *(date)* _____.

 ❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

 ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

 ❐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

 ❐ I returned the summons unexecuted because _____ ; or

 ❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                _____
                *Server's signature*

                _____
                *Printed name and title*

                _____
                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

Essex Insurance Company

*Plaintiff(s)*

v.

GENE JONES; LAKISHA HORNE; L.S. HORNE INVESTMENT III, LLC d/b/a OBSESSIONS; KATHERINE PATRICIA WILSON, as surviving spouse of ROBERT SHANE WILSON, deceased; JAMES HANSON, as Administrator of the Estate of ROBERT SHANE WILSON, deceased; ENTERPRISE LEASING COMPANY OF GEORGIA, LLC; PONY TAIL, INC., d/b/a CLUB ONYX; GALARDI SOUTH ENTERPRISES CONSULTING, INC.; and WBY, INC. d/b/a FOLLIES.

*Defendant(s)*

Civil Action No. 1:13-CV-3819

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James Hanson
608 Sugar Valley Trail
Conyers, Georgia 30094

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kenan G. Loomis
Cozen O'Connor
SunTrust Plaza, Suite 2200
303 Peachtree Street, NE
Atlanta, Georgia 30308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: NOV 19 2013

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-CV-3819

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  James Hanson

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

Essex Insurance Company

*Plaintiff(s)*

v.

GENE JONES; LAKISHA HORNE; L.S. HORNE INVESTMENT III, LLC d/b/a OBSESSIONS; KATHERINE PATRICIA WILSON, as surviving spouse of ROBERT SHANE WILSON, deceased; JAMES HANSON, as Administrator of the Estate of ROBERT SHANE WILSON, deceased; ENTERPRISE LEASING COMPANY OF GEORGIA, LLC; PONY TAIL, INC., d/b/a CLUB ONYX; GALARDI SOUTH ENTERPRISES CONSULTING, INC.; and WBY, INC. d/b/a FOLLIES.

*Defendant(s)*

Civil Action No. 1:13-cv-3819

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Enterprise Leasing Company of Georgia LLC
c/o CT Corporation
1201 Peachtree Street NE
Atlanta, Georgia 30361

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kenan G. Loomis
Cozen O'Connor
SunTrust Plaza, Suite 2200
303 Peachtree Street, NE
Atlanta, Georgia 30308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: NOV 19 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-cv-3819

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Enterprise Leasing Company of Georgia LLC

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____       _____
                            *Server's signature*

                            _____
                            *Printed name and title*

                            _____
                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | )|
|---|---|
| Essex Insurance Company | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 1:13-CV-3819 |
| GENE JONES; LAKISHA HORNE; L.S. HORNE INVESTMENT III, LLC d/b/a OBSESSIONS; KATHERINE PATRICIA WILSON, as surviving spouse of ROBERT SHANE WILSON, deceased; JAMES HANSON, as Administrator of the Estate of ROBERT SHANE WILSON, deceased; ENTERPRISE LEASING COMPANY OF GEORGIA, LLC; PONY TAIL, INC., d/b/a CLUB ONYX; GALARDI SOUTH ENTERPRISES CONSULTING, INC.; and WBY, INC. d/b/a FOLLIES. | ) ) ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Pony Tail, Inc.
d/b/a Club Onyx
c/o Dennis Williams, Registered Agent
2555 Chantilly Drive
Atlanta, Georgia  30324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kenan G. Loomis
Cozen O'Connor
SunTrust Plaza, Suite 2200
303 Peachtree Street, NE
Atlanta, Georgia  30308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JAMES N. HATTEN**

CLERK OF COURT

Date: NOV 19 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-CV-3819

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* Pony Tail, Inc. d/b/a Club Onyx

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| Essex Insurance Company<br>*Plaintiff(s)*<br>v.<br>GENE JONES; LAKISHA HORNE; L.S. HORNE INVESTMENT III, LLC d/b/a OBSESSIONS; KATHERINE PATRICIA WILSON, as surviving spouse of ROBERT SHANE WILSON, deceased; JAMES HANSON, as Administrator of the Estate of ROBERT SHANE WILSON, deceased; ENTERPRISE LEASING COMPANY OF GEORGIA, LLC; PONY TAIL, INC., d/b/a CLUB ONYX; GALARDI SOUTH ENTERPRISES CONSULTING, INC.; and WBY, INC. d/b/a FOLLIES.<br>*Defendant(s)* | Civil Action No. 1:13-CV-3819 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Galardi South Enterprises Consulting, Inc.
c/o Dennis Williams, Registered Agent
2555 Chantilly Drive
Atlanta, Georgia 30324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kenan G. Loomis
Cozen O'Connor
SunTrust Plaza, Suite 2200
303 Peachtree Street, NE
Atlanta, Georgia 30308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
CLERK OF COURT

Date: NOV 19 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-CV-3819

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Galardi South Enterprises Consulting, Inc.
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Essex Insurance Company<br>*Plaintiff(s)*<br>v.<br>GENE JONES; LAKISHA HORNE; L.S. HORNE INVESTMENT III, LLC d/b/a OBSESSIONS; KATHERINE PATRICIA WILSON, as surviving spouse of ROBERT SHANE WILSON, deceased; JAMES HANSON, as Administrator of the Estate of ROBERT SHANE WILSON, deceased; ENTERPRISE LEASING COMPANY OF GEORGIA, LLC; PONY TAIL, INC., d/b/a CLUB ONYX; GALARDI SOUTH ENTERPRISES CONSULTING, INC.; and WBY, INC. d/b/a FOLLIES.<br>*Defendant(s)* | Civil Action No. 1:13-CV-3819 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   WBY, Inc. d/b/a Follies
c/o Cary S. Wiggins, Registered Agent
260 Peachtree Street, NE
Suite 401
Atlanta, Georgia 30303

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kenan G. Loomis
Cozen O'Connor
SunTrust Plaza, Suite 2200
303 Peachtree Street, NE
Atlanta, Georgia 30308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: NOV 19 2013

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:13-cv-3819

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WBY, Inc. d/b/a Follies

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: